UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. DRESEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA ARMY NATIONAL GUARD, et al.,<br><br>        Defendants. | No. 2:14-cv-1814-TLN-KJN PS<br><br><br><br>ORDER |

      Plaintiff Daniel J. Dresen, proceeding in this action without counsel, has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1]

      Plaintiff's declaration in support of his application to proceed *in forma pauperis* states that he is employed and earns gross wages of $1,714.40 per bi-weekly period, which translates to gross income of approximately $44,574.40 per year. (ECF No. 2.) Plaintiff has a spouse and two children, and according to the United States Department of Health and Human Services, the poverty guideline for a household of 4 people not residing in Alaska or Hawaii is $23,850.00 for 2014. See http://aspe.hhs.gov/poverty/14poverty.cfm. Furthermore, plaintiff is pursuing graduate studies with the assistance of loans; has a 2014 Kia Forte valued at approximately $18,000.00;

---

[1] This action proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

has a 2010 Chevy Aveo valued at approximately $7,500.00; and has real property valued at approximately $115,000.00.

To be sure, plaintiff's application also demonstrates that he has various monthly expenses and debts, and that he is behind on certain debt payments. However, numerous litigants in this court have significant monthly expenses and debts, and often have to make difficult choices as to which expenses to incur, which expenses to reduce or eliminate, and how to apportion their income between such expenses and litigating an action in federal court. Such difficulties in themselves do not amount to indigence.

Presently, a filing fee of $400 is required to commence a civil action in this court. The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1). Here, while the court is cognizant that plaintiff does not have a high income, and is sympathetic to the fact that plaintiff has other expenses and debts to pay, the court concludes that plaintiff has not demonstrated that he is unable to pay the filing fee or provide security therefor, especially in light of the significant assets that he owns. Thus, plaintiff has made an inadequate showing of indigence. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice.
2. Within 28 days of this order, plaintiff shall either (a) pay the applicable filing fee or (b) file an amended application demonstrating his entitlement to proceed *in forma pauperis* if, but only if, he can do so in good faith in light of the court's above observations. Alternatively, if plaintiff concludes that he no longer wishes to pursue the action at this time, he may file a notice of voluntary dismissal of the action without prejudice within 28 days of this order.
3. Plaintiff's failure to pay the filing fee, file an amended application to proceed *in forma pauperis*, or file a notice of voluntary dismissal of the action without prejudice by the

above deadline may result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  September 9, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE